# Third District Court of Appeal

## State of Florida

Opinion filed October 19, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0280
Lower Tribunal No. 21-01850

————————

**Thomas Dolan,**
Appellant,

vs.

**Reemployment Assistance Appeals Commission,**
Appellee.

An Administrative Appeal from the Reemployment Assistance Appeals Commission.

Thomas Dolan, in proper person.

Amanda L. Neff (Tallahassee), Deputy General Counsel, for appellee.

Before SCALES, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.  See <u>Dolan v. Reemployment Assistance Appeals Comm'n</u>, 227 So. 3d 586 (Fla. 3d DCA 2017).